JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
UBAID UL-HAQ
Trial Attorney (Fla. Bar No. 87397)
U.S. Dept. of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 532-4112
Email: ubaid.ul-haq@usdoj.gov
Attorneys for Defendants DONALD TRUMP; KIRSTJEN NIELSEN; RONALD VITIELLO; RICHARD MILLER; MATTHEW WHITAKER; HUGH HURWITZ; and RICHARD IVES; in their official capacities.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PACHATTAR SINGH, GURPREET SINGH, and all other similarly situated, | Case No. 3:18-cv-01912-JR |
| Plaintiffs, | **DEFENDANTS' UNOPPOSED MOTION TO LIFT STAY AND TO SET THEIR ANSWER DEADLINE** |
| v. | |
| DONALD TRUMP, President of the United States; *et al*., | |
| Defendants. | |

Defendants Donald Trump, *et al.* ("Federal Defendants"), hereby move to lift the stay ordered in this case on December 27, 2018, ECF No. 7, and to set their deadline to answer Plaintiffs Pachattar and Gurpreet Singh's ("Plaintiffs") Class Action Allegation Complaint, ECF No. 1, to March 8, 2019.

1. On December 27, 2018, this Court ordered this matter and all deadlines stayed because the appropriations act that had been funding the Department of Justice (and the

departments of the Federal Defendants sued in their official capacity) expired and appropriations lapsed at the end of the day on December 21, 2018.

2. On January 25, 2019, Congress restored funding to the Department and to the Federal Defendants.

3. Pursuant the Court's order, ECF No. 7, the Federal Defendants hereby move to set a new answer deadline.

4. Due to the impact of the recent lapse in appropriations, the Federal Defendants request that their new answer deadline be set as March 8, 2019.

5. Opposing counsel has authorized counsel for the Federal Defendants to state that they have no objection to this motion.

Accordingly, the Federal Defendants respectfully request that their answer deadline be set to March 8, 2019.

Dated this 1st day of February 2019.                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Deputy Director
Office of Immigration Litigation
District Court Section

*/s/Ubaid ul-Haq*
UBAID ul-HAQ
Trial Attorney
Fla. Bar. No. 87397
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section

P.O. Box 868, Ben Franklin Station
Washington, DC 2004
Tel: (202) 532-4112
Fax: (202) 305-7000
ubaid.ul-haq@usdoj.gov

Counsel for Defendants