IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PANCHATTER SINGH, et al.,

               Plaintiff(s),

        v.

DONALD TRUMP, et al.,

               Defendant(s).

Civil No. 03:18-cv-01912-JR

**ORDER OF DISMISSAL**

Based on Plaintiff's Notice of Voluntary Dismissal [21],

IT IS ORDERED that this action is DISMISSED. Pending motions, if any, are DENIED AS MOOT.

Dated this 25ᵗʰ day of July, 2019.

by _____

Jolie A. Russo
United States Magistrate Judge